UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JAMILA HADI, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:16-cv-03014 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | CHIEF JUDGE CRENSHAW |
| Defendant. | ) | |

# ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 20) in which the Magistrate Judge recommends granting the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 21) and remanding this matter to the Commissioner for re-evaluation of the opinion evidence and the residual functional capacity. No timely objection has been filed by the Commissioner despite specific instructions that were provided in the Report and Recommendation.

The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge's analysis and conclusions. Accordingly, the Report and Recommendation (Doc. No. 30) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 21) is **GRANTED** and this matter is **REMANDED** to the Commissioner for re-evaluation of the opinion evidence and the residual functional capacity as explained in the Report and Recommendation.

This is a final order under the Federal Rules of Civil Procedure. The Clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE